**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RICKY D. JONES, | } | |
| *Plaintiff* | } | |
| v. | } | CIVIL ACTION NO. H-04-3642 |
| | } | |
| ENTERGY GULF STATES INC., | } | |
| *Defendant.* | } | |

**FINAL SUMMARY JUDGMENT**

On this day, March 10, 2006, in the action pending between Plaintiff, Ricky Jones and Defendant, Entergy Gulf States Inc., the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendant, Entergy Gulf States Inc., is awarded its costs.

**SIGNED** at Houston, Texas, this 9th day of March, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE